IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TRAVIS A. COLLIER,                    )
                                      )
                    Plaintiff,        )
                                      )
vs.                                   )        Case No. 22-cv-1067-DWD
                                      )
KILOLO KIJAKAZI,                      )
acting commissioner                   )
of Social Security,                   )
                                      )
                    Defendant.

## MEMORANDUM AND ORDER

**DUGAN, District Judge:**

Before the Court is the parties' Joint Stipulation to Remand to the Commissioner. (Doc. 9). The parties ask that this case be remanded for further proceedings pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).  A sentence four remand (as opposed to a sentence six remand) depends upon a finding of error, and is itself a final, appealable order. *See, Melkonyan v. Sullivan*, 501 U.S. 89 (1991); *Perlman v. Swiss Bank Corporation Comprehensive Disability Protection Plan*, 195 F.3d 975, 978 (7th Cir. 1999). Upon a sentence four remand, judgment should be entered in favor of plaintiff. *Shalala v. Schaefer*, 509 U.S. 292, 302-303 (1993).

The parties agree that, "[o]n remand, the ALJ will: (1) consolidate Plaintiff's claim related to the ALJ's December 28, 2021 decision with his prior claim filed on September 12, 2019; (2) associate the evidence from Plaintiff's two applications; (3) offer Plaintiff the opportunity for a new hearing; and (4) issue a new decision on the consolidated claims."

For good cause shown, the parties' Joint Stipulation to Remand to the Commissioner (Doc. 9) is **GRANTED**.

The final decision of the Commissioner of Social Security denying Plaintiff's application for social security benefits is **REVERSED** and **REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence four of 42 U.S.C. § 405(g).

The Clerk of Court is **DIRECTED** to enter judgment in favor of Plaintiff.

**IT IS SO ORDERED.**

Dated: July 15, 2022                              /s *David W. Dugan*

_____
DAVID W. DUGAN
United States District Judge